The People of the State of New York, Respondent, v. Jane Jones, Appellant. — Judgment of conviction affirmed. All concurred, except Kruse and Robson, JJ., who dissented.

Camille B. Johnston, as Administratrix, etc., of William G. Johnston, Deceased, Respondent, v. Syracuse Lighting Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except Kruse, J., who dissented upon the ground that the evidence shows that it was the duty of the deceased to make such an inspection as the court charged would make the deceased guilty of contributory negligence if he had made such inspection and failed to discover the defect.

William Barr and John A. Creelman, Respondents, v. Charles W. Vredenburg and Mima M. Vredenburg, Appellants.— Judgment affirmed, with costs. All concurred.

Mary E. Pirong, as Administratrix, etc., of Nicholas Pirong, Deceased, Respondent, v. Syracuse Lighting Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Charles W. Howe, Respondent, v. Clarence M. Smith, Appellant.— Judgment and order affirmed, with costs. All concurred ; Kruse, J., not sitting.

Frank J. Tanner, as Receiver, etc., of John Eckhardt, Appellant, v. John Eckhardt and Others, Respondents.— Judgment affirmed, with costs. All concurred.

Adolph Weidemann, Respondent, v. Charles B. Bissell, Appellant.— Judgment and order affirmed, with costs. All concurred.

Denis Donovan and J. Lester Hall, Respondents, v. Armand G. Auger and Amedee J. Auger, Appellants.— Judgment and order affirmed, with costs. All concurred.

William J. Millring, Appellant, v. Marie Keitsch and Charles H. Keitsch, Respondents.— Judgment and order affirmed, with costs. All concurred.

Colin Harvie, Respondent, v. Summit Foundry Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

George Jolley, Respondent, v. Hartford Fire Insurance Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Theresa Rahm, as Administratrix, etc., of John Rahm, Deceased, Appellant, v. New York Central and Hudson River Railroad Company, Respondent.— Order denying plaintiff's motion for a new trial upon the minutes of the court affirmed, with costs   All concurred.

James K. Whitaker, Appellant, Respondent, v. Allen E. Kilby and Others, Respondents, Appellants, Impleaded with the Northwestern Telephone and Telegraph Company and the Central New York Telephone and Telegraph Company, Respondents.— Order affirmed, without costs. All concurred.